Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





## MEMORANDUM OPINION

No. 04-09-00066-CV

Antonio **SALTON**,
Appellant

v.

Alray **JOHNSON** and Tracey Johnson,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-08657
Honorable  Fred  Shannon, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 7, 2009

REVERSED AND REMANDED

        The appellees have filed a motion, in accordance with Texas Rule of Appellate Procedure

42.1(a)(2), stating that the parties have resolved the dispute at issue and requesting this court

reverse the trial court  and remand the matter for a new trial.  The appellant has not notified this

court  to  the  contrary.   The  motion  is  granted  and  the  judgment  of  the  trial  court  is  hereby

reversed and remanded for further proceedings consistent with this opinion.  TEX. R. APP. P. 42.1(a)(2).


PER CURIAM